UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELAINE ZANAVICH,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ETHICON, INC. and JOHNSON & JOHNSON,** <br><br> **Defendants.** | No. 3:20-cv-00160-AWT |

### AMENDED CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties submit this amended consent order of dismissal without prejudice to correct plaintiff's name; this pleading replaces docket number 18.

This matter having been brought before the Court jointly by the parties, Plaintiff Elaine Zanavich and Defendants Ethicon, Inc. and Johnson & Johnson, seeking an Order dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41, and for good cause shown,

**IT IS ON THIS** _____ day of _____, 2020; **ORDERED** that all claims, cross-claims, and third party claims between the parties be and are hereby dismissed without prejudice, each party to bear its own costs and fees. Unless an application is made to reopen the matter prior to November 30, 2020, Defendants may submit an Order on November 30, 2020, to convert the dismissal to with prejudice. The Court shall retain jurisdiction for future entry of a dismissal order with prejudice. Nothing shall preclude the parties from submitting a Consent Order of Dismissal with prejudice prior to November 30, 2020.

_____
Hon. Alvin W. Thompson U.S.D.J.

121700357.1

CONSENT TO AS FOR FORM AND ENTRY this date, April 9, 2020:

*/s/ Robert R. Simpson*
Robert Reginald Simpson
Lauren R. Greenspoon
Carlton Fields, P.C.
One State Street
Suite 1800
Hartford, CT 06103
860-392-5040
Fax: 860-392-5058
Email: rsimpson@carltonfields.com
Email: lgreenspoon@carltonfields.com
**Counsel for Defendants Ethicon, Inc., and Johnson & Johnson**

*/s/ Dana Lizik*
Dana Lizik (*Admitted Pro Hac Vice*)
JOHNSON LAW GROUP
Texas State Bar No. 24098007
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
(713) 626-9336
(713) 583-9460 (facsimile)
Email: dlizik@johnsonlawgroup.com
**Counsel for Plaintiff**

*/s/ Neal L. Moskow*
Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825
203-610-6393
Fax: 203-610-6399
Email: neal@urymoskow.com
**Counsel for Plaintiff**

121700357.1

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on April 9, 2020, a copy of the foregoing **AMENDED CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE** was sent via email to the following counsel of record:

Neal Lewis Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825
Tel.: (203) 610-6393
Fax: (203) 610-6399
Email: neal@urymoskow.com

***Attorneys for Plaintiff Elaine Zanavich***

Kelly S. Crawford *(To be Admitted Pro Hac Vice)*
Maha M. Kabbash *(To be Admitted Pro Hac Vice)*
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1087
Tel.: (203) 334-4800
Fax: (203) 333-7178
Email: kcrawford@riker.com
       mkabbash@riker.com

***To Be Admitted Pro Hac Vice Counsel for Defendants Johnson & Johnson, and Ethicon, Inc.***

Dana Lizik, Esq. (*Pro Hac Vice*)
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Tel.: (713) 626-9336
Email: dlizik@johnsonlawgroup.com

***Pro Hac Vice Counsel for Plaintiffs Elaine Zanavich***

 

                                        */s/ Robert R. Simpson*
                                        Robert R. Simpson

121700357.1